**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GARY ALLEN VARNEY,

       Plaintiff,

                                  Case No. 10-11082

v.                                  Hon. Gerald E. Rosen

                                  Magistrate Judge Mark A. Randon

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____ June 3, 2011 _____

PRESENT:  Honorable Gerald E. Rosen
                   Chief Judge, United States District Court

On February 10, 2011, Magistrate Judge Mark A. Randon issued a Report and

Recommendation ("R & R") recommending that the Court grant the Defendant

Commissioner of Social Security's motion for summary judgment and deny Plaintiff Gary

Allen Varney's motion for summary judgment.  No objections have been filed to the R &

R.  Upon reviewing the R & R, the parties' cross-motions for summary judgment, and the

record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and

adopts the R & R in its entirety.

       Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

February 10, 2011 Report and Recommendation is ADOPTED as the opinion of this

Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R,

Defendant's motion for summary judgment (docket #10) is GRANTED, and Plaintiff's

motion for summary judgment (docket #7) is DENIED.


                 s/Gerald E. Rosen_____
                 Chief Judge, United States District Court

Dated:  June 3, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record
on June 3, 2011, by electronic and/or ordinary mail.

                 s/Ruth A. Gunther_____
                 Case Manager